UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMIL NASSAR, aka JAMIL MOHAMMED NASSAR, | ) ) ) | No. EDCV 08-1812-RC |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: February 18, 2010      /S/ ROSALYN M. CHAPMAN
                              ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1812.jud
2/1810